1  STEVEN G. KALAR
   Federal Public Defender
2  DIANA A. GARRIDO
   Assistant Federal Public Defender
3  160 West Santa Clara Street
   Suite 575
4  San Jose, CA 95113
   Telephone: (408) 291-7753

5

   Counsel for Defendant VASQUEZ-VIDES
6

7                IN THE UNITED STATES DISTRICT COURT

8              FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                          SAN JOSE DIVISION

| | | |
|---|---|---|
| 10 | UNITED STATES OF AMERICA, ) | No. CR 12-00827 LHK |
| 11 | Plaintiff, ) | STIPULATION AND [] ORDER CONTINUING HEARING DATE |
| 12 | vs. ) | AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |
| 13 | JOSE VASQUEZ-VIDES, ) | |
| 14 | Defendant. ) | |
| 15 | _____) | |

16     The defendant, Jose Vasquez-Vides, represented by Assistant Federal Public Defender

17 Diana A. Garrido, and the government, represented by Special Assistant United States Attorney

18 Carolyne A. Sanin, hereby stipulate that, with the Court's approval, the status conference

19 currently set for Wednesday, February 20, 2013 at 9:00 a.m., shall be continued to Wednesday,

20 March 20, 2013 at 9:00 a.m.

21     The continuance is requested to provide both defense counsel and the government with

22 additional time to research legal issues, review discovery and to negotiate an appropriate

23 resolution. The continuance would provide both parties with the reasonable time necessary for

24 effective preparation. Accordingly, both parties respectfully request that the time between

25 February 20, 2013 and March 20, 2013 be excluded under the Speedy Trial Act, 18 U.S.C. §§

26 3161(h)(7)(A) and (B)(iv).

Stipulation and [] Order
CR 12-00827 LHK                              1

Dated: February 13, 2013

                                      STEVEN G. KALAR  
                                      Federal Public Defender

                                            /s/  
                                        DIANA A. GARRIDO  
                                        Assistant Federal Public Defender

Dated: February 13, 2013

                                      MELINDA HAAG  
                                      United States Attorney

                                           /s/  
                                      CAROLYNE A. SANIN  
                                      Special Assistant United States Attorney

| | |
|---|---|
| 1 | **[] ORDER** |
| 2 | Pursuant to agreement and stipulation of the parties, the Court HEREBY ORDERS that |
| 3 | the status conference currently set for Wednesday, February 20, 2013 be continued to |
| 4 | Wednesday, March 20, 2013. The Court FURTHER ORDERS that the time between February 20, |
| 5 | 2013 and March 20, 2013 is excluded under the Speedy Trial Act, 18 U.S.C. §3161. The Court |
| 6 | finds, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), that the failure to grant the requested |
| 7 | continuance would unreasonably deny counsel reasonable time necessary for effective |
| 8 | preparation, taking into account the exercise of due diligence. Furthermore, the Court finds that |
| 9 | the ends of justice served by granting the requested continuance outweigh the best interest of the |
| 10 | public and the defendant in a speedy trial. The Court therefore concludes that this exclusion of |
| 11 | time should be made under 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv). |

IT IS SO ORDERED.

DATED: "4 l37 l35"

*Lucy H. Koh*

THE HONORABLE LUCY H. KOH
United States District Judge

Stipulation and [] Order
CR 12-00827 LHK                3