1  STEVEN G. KALAR
   Federal Public Defender
2  DIANA A. GARRIDO
   Assistant Federal Public Defender
3  160 West Santa Clara Street
   Suite 575
4  San Jose, CA 95113
   Telephone: (408) 291-7753
5
   Counsel for Defendant JOSE VASQUEZ-VIDES
6

7                IN THE UNITED STATES DISTRICT COURT

8                FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                         SAN JOSE DIVISION

10 | UNITED STATES OF AMERICA,      ) No. CR 12-00827 LHK
   |                                )
11 |         Plaintiff,              ) STIPULATION AND [PROPOSED]
   |                                ) ORDER CONTINUING HEARING DATE
12 | vs.                             ) AND EXCLUDING TIME UNDER THE
   |                                ) SPEEDY TRIAL ACT
13 | JOSE VASQUEZ-VIDES,             )
   |                                )
14 |         Defendant.              )
   |                                )
15 | _____ )

16      The defendant, Jose Vasquez-Vides, represented by Assistant Federal Public Defender

17 Diana A. Garrido, and the government, represented by Special Assistant United States Attorney

18 Edward Fluet, hereby stipulate that, with the Court's approval, the status conference currently set

19 for Wednesday, May 29, 2013 at 9:30 a.m., shall be continued to Wednesday, July 31, 2013 at

20 9:30 a.m.

21      The continuance is requested to provide both defense counsel and the government with

22 additional time to review discovery and to negotiate an appropriate resolution. The continuance

23 would provide both parties with the reasonable time necessary for effective preparation.

24 Accordingly, both parties respectfully request that the time between May 29, 2013 and July 31,

25 2013 be excluded under the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

26

Stipulation and [Proposed] Order
CR 12-00827 LHK                              1

Dated: May 22, 2013

        STEVEN G. KALAR
        Federal Public Defender

        /s/
        DIANA A. GARRIDO
        Assistant Federal Public Defender

Dated: May 22, 2013

        MELINDA HAAG
        United States Attorney

        /s/
        EDWARD FLUET
        Special Assistant United States Attorney

**[PROPOSED] ORDER**

Pursuant to agreement and stipulation of the parties, the Court HEREBY ORDERS that the status conference be continued from May 29, 2013 to July 31, 2013. The Court FURTHER ORDERS that the time between May 29, 2013 and July 31, 2013 is excluded under the Speedy Trial Act, 18 U.S.C. §3161. The Court finds, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), that the failure to grant the requested continuance would unreasonably deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Furthermore, the Court finds that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial. The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

DATED: May 23, 2013

_____
THE HONORABLE LUCY H. KOH
United States District Judge